*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 4:04cr49-RH/WCS

PHILLIPE RIFFE,

    Defendant.

_____/

## ORDER CONTINUING REVOCATION HEARING

    Defendant Phillipe Riffe's unopposed motion to continue the revocation hearing (document 16) is GRANTED for the reasons set forth in the motion. The hearing is rescheduled for July 27, 2005, at 11:00 a.m.

    SO ORDERED this 6th day of July, 2005.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge