**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.     CASE NO. 4:04cr49-RH/WCS

PHILLIPE MICHAEL RIFFE,

     Defendant.

_____/

**ORDER CONTINUING PETITION**

For the reasons set forth on the record of the hearing of August 10, 2005,

IT IS ORDERED:

The petition filed June 13, 2005, charging defendant Phillipe Michael Riffe with violation of a condition of his supervised release remains pending. Consideration of the petition is continued to a date to be set when and if appropriate. A hearing will be set on request of either party or the probation officer.

SO ORDERED this 10th day of August, 2005.

                              s/Robert L. Hinkle
                              Chief United States District Judge